IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01224-PAB-MJW

SCHWAB PRIVATE CLIENT INVESTMENT ADVISORY, INC.,

    Plaintiff,

v.

JASON BROOKS and
INDELIBLE WEALTH GROUP LLC,

    Defendants.

## ORDER

The Court, upon consideration of the Joint Motion to Enter Final Consent Order [Docket No. 15], ORDERS:

The Joint Motion to Enter Final Consent Order [Docket No. 15] filed by plaintiff Schwab Private Client Investment Advisory Inc. ("Schwab") and defendants Jason Brooks and Indelible Wealth Group, LLC ("IWG") is GRANTED. The Final Consent Order [Docket No. 15-1] is entered as an Order of the Court.

DATED May 16, 2013.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge