IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 1:13-cv-1224-PAB-MJW

SCHWAB PRIVATE CLIENT INVESTMENT ADVISORY, INC.,

 Plaintiff,

v.

JASON BROOKS and
INDELIBLE WEALTH GROUP LLC,

 Defendants.

---

**FINAL CONSENT ORDER**

---

By consent of Plaintiff Schwab Private Client Investment Advisory, Inc. ("Plaintiff" or "Schwab"), and Defendants Jason Brooks ("Brooks") and Indelible Wealth Group LLC ("IWG") (collectively "Defendants"), on the condition that nothing herein is intended as an admission, acceptance, or agreement that any party engaged in any wrongdoing in connection with this matter, IT IS HEREBY ORDERED AND DECREED THAT:

 1. Through and including October 5, 2014, Brooks is enjoined, directly or indirectly, and whether alone or in concert with others, including any officer, agent, employee and/or representative of IWG, from:

  (a) soliciting any business from, or initiating any further contact or communication with, any customer whom Brooks served at Schwab and/or whose identities he learned as a result of his employment with Schwab (the "Customers"), including for

    the purpose of advising any Customers of Brooks' formation of, or affiliation with, IWG or for the purpose of encouraging or inducing the Customers to divert business from Schwab (excluding members of Brooks' immediate family); and

    (b) using, disclosing, or transmitting for any purpose, including the solicitation or conducting of business or initiation of any contact with Schwab clients, the information contained in the records of Schwab, or other information pertaining to Schwab clients, including, but not limited to, the names, addresses, email addresses, telephone numbers, personal data and financial information of the clients.

    2.    Brooks represents that he has not taken or removed any records or information from Schwab. Notwithstanding his representation, Brooks, and anyone acting in concert or participation with him, including Brooks' counsel and any agent, employee, officer or representative of IWG, is ordered to return to Plaintiff's counsel any and all records or information, whether created before or after Brooks resigned from Schwab, pertaining to Schwab's clients or Plaintiff's business, and/or which were obtained by Brooks as a result of his employment with Schwab, whether in original, copied, handwritten or any other form, and purge any and all such records or information from their possession, custody, or control, within 24 hours after entry of this Final Consent Order and Notice of Dismissal ("Order"). This Order expressly includes any list of Customers recreated by Brooks from memory after the date of his resignation from Schwab and emails sent to Customers by Brooks after Brooks resigned from Schwab.

    3.    Notwithstanding the foregoing, nothing contained herein shall be construed to preclude Brooks from responding to Customers who initiate contact with Brooks on their own

volition without any solicitation or contact by Brooks or IWG, whether direct or indirect.

/s/ Michael R. Greco
Michael R. Greco
Fisher & Phillips LLP
201 King of Prussia Road, Ste. 650
Radnor, PA 19087
Telephone: 610-230-2131
Email: mgreco@laborlawyers.com

/s/ Elizabeth I. Kiovsky
Elizabeth I. Kiovsky
Kiovsky | DuWaldt, LLC
2820 Welton Street
Denver, CO 80205
Telephone: 303-320-8301
email: beth@kdemploymentlaw.com

Todd A. Fredrickson
Danielle S. Urban
1999 Broadway, Suite 3300
Denver, CO 80202
Tel: (303) 218-3650
Fax: (303) 218-3651
Email: tfredrickson@laborlawyers.com
durban@laborlawyers.com

IT IS SO ORDERED.

DATED May 16, 2013.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge