IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01224-PAB-MJW

SCHWAB PRIVATE CLIENT INVESTMENT ADVISORY, INC.,

     Plaintiff,

v.

JASON BROOKS and
INDELIBLE WEALTH GROUP LLC,

     Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

     This matter comes before the Court on the Joint Motion to Dismiss Civil Action After Entry of Final Consent Order [Docket No. 16].  The Court has reviewed the pleading and is fully advised in the premises.  It is

     **ORDERED** that the Joint Motion to Dismiss Civil Action After Entry of Final Consent Order [Docket No. 16] is GRANTED.  It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

     **ORDERED** that the hearing set for Friday, May 17, 2013 at 10:00 a.m. is vacated.

     DATED May 16, 2013.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge